# MONTHLY BUSINESS OPERATING STATEMENT

Case No: 09-10774  Debtor(s) Name: J&L TRUCKING LLC  Date Prepared: 8/3/09

Receipts and Disbursement for Month Ended July 2009  [A]

|   |   | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| B | 1 Gross Sales | $ 12,205.71 |
| C | 2 Less Cost of Goods Sold (Broker Fees) | $ 2,404.39 |
|   | 3 Gross Profit from Sales (subtract line 2 from line 1) | $ 9,801.32 |
|   | 4 Add Other Income | $ |
|   | 5 Gross Income (add lines 3 and 4) (A) | $ 9,801.32 |
| **Business Costs and Expenses:** (Do not list Chapter 13 Plan payment) | | |
| D | 6 Business Real Property Rent/Lease | $ |
| E | 7 Business Real Property Utilities | $ 397.62 |
| F | 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ |
| G | 9 Employee Benefits | $ |
| H | 10 Payroll Tax Deposits | $ |
|   | 11 Sales Tax Deposits | $ |
| I | 12 Other Tax Deposits | $ |
| J | 13 Auto Expense (Diesel) | $ 4,025.45 |
|   | 14 Repairs/Maintenance | $ 2,082.86 |
| K | 15 Insurance on Business (Fire, Theft, Liability, etc.) | $ 400.00 |
|   | 16 Workman's Compensation Insurance | $ |
|   | 17 Supplies (not included on line 2 above) | $ 323.86 |
|   | 18 Telephone/Internet | $ 333.19 |
|   | 19 Advertising/Promotion  getloaded/prepass | $ 77.00 |
| L | 20 Travel/Entertainment  gas/food | $ 556.37 |
| M | 21 Professional Fees Paid (Attorney, Accountant, etc.) | $ 279.65 |
|   | 22 Other Costs/Expense  Insurance Personal vehicles/lifetime fitness | $ 472.85 |
|   | 23 Total Business Costs and Expenses for Month (B) | $ 8948.85 |
|   | 24 Net Income (Loss) for Month (A minus B) | $ 852.47 |
| N | Total Funds On Hand/In Bank At End Of Month | $ |
| O | Total Inventory On Hand At End Of Month | $ |
| P | Total Accounts Receivable (Collectible) At End Of Month | $ |
| Q | Total Accounts Payable At End Of Month | $ |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: [signature]   Date: 8/3/09

Date: _____

*Instruction on Reverse Side*

Form B-6 (12/2000)

Gross $ 12,205.71                               July 2009

Broker Fees $ 2,404.39

Tractor Storage $ 0

Utilities          $ 397.62      $ 0         $ 0
                   Electricity   Water       Internet (cox)

Auto expense       $ 0           $ 4,025.45  $ 0
                   tractor       Diesel      Registration
                   Peterbilt

                   $ 0           $ 1267.59   $ 815.27
                   Permits       parts/supplies  maintenance
                                                 repairs

Insurance on Peterbilt $ 400.00

Office Supplies $ 323.86

Cell phones $ 333.19

Advertising get loaded.com $ 45.00

travel    $ 339.10     $ 217.27
          gas          Food

Professional Fees Paid $ 32.00      $ 104.65        $ 175.00
                       PrePASS      Legal programs  payment plan

Bank Fees $ 87.60

Random Drug Screens $ 0

Other Costs $ 134.85
            Lifetime Fitness

Other Costs $ 338.00
            Insurance on personal vehicles