# MONTHLY BUSINESS OPERATING STATEMENT

Case No: 09-10774  Debtor(s) Name: J&L TRUCKING LLC  Date Prepared: 9/3/09

Receipts and Disbursement for Month Ended AUGUST 2009

**Gross Receipts:** | Amount for Month
--- | ---
1 Gross Sales | $ 10754.66
2 Less Cost of Goods Sold ... Broker Fees | $ 1858.71
3 Gross Profit from Sales (subtract line 2 from line 1) | $ 8895.95
4 Add Other Income | $ 0
5 Gross Income (add lines 3 and 4) (A) | $ 8895.95

**Business Costs and Expenses:** (Do not list Chapter 13 Plan payment)

| | |
--- | ---
6 Business Real Property Rent/Lease ... tractor trailer storage | $ 90.00
7 Business Real Property Utilities | $ 552.00
8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | $
9 Employee Benefits | $
10 Payroll Tax Deposits | $
11 Sales Tax Deposits | $
12 Other Tax Deposits | $
13 Auto Expense ... Diesel | $ 3698.12
14 Repairs/Maintenance | $ 570.14
15 Insurance on Business (Fire, Theft, Liability, etc.) | $ 830.00
16 ~~Workmen's Compensation Insurance~~ ... (Permit) | $ 125.60
17 Supplies (not included on line 2 above) | $ 54.42
18 Telephone/Internet | $ 399.65
19 Advertising/Promotion ... prepass/getloaded | $ 61.00
20 Travel/Entertainment ... gas/food/ | $ 567.45
21 Professional Fees Paid (Attorney, Accountant, etc.), Bank fees | $ 217.24
22 Other Costs/Expense ... Insurance Personal Vehicles/lifetime fitness | $ 434.85
23 Total Business Costs and Expenses for Month (B) | $ 7600.47
24 Net Income (Loss) for Month (A minus B) | $ 1295.48

Total Funds On Hand/In Bank At End Of Month  $ _____

Total Inventory On Hand At End Of Month  $ _____

Total Accounts Receivable (Collectible) At End Of Month  $ _____

Total Accounts Payable At End Of Month  $ _____

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____  Date: 9/3/09

Date: _____

Form B-6

Gross $ 10,754.66          August 2009

Broker Fees $ 1858.71

Tractor storage $ 90.00

Utilities
$ 247.00 Electricity   $ 145.00 Water   $ 160.00 Internet (cox)

Auto expense
$ 0 tractor peterbilt   $ 3698.12 Diesel   $ 0 Registration
$ 125.60 (EFTA) Permits   $ 570.14 parts/supplies   $ 0 maintenance repairs

Insurance on peterbilt $ 830.00

office supplies $ 54.42

cell phones $ 399.65

Advertising get loaded.com $ 45.00

travel $ 375.10 gas   $ 192.35 Food

Professional fees paid $ 16.00 PrePASS   $ 15.24 legal programs   $ 175.00 payment plan

Bank Fees $ 27.00

Random Drug screens $ 0   med bills $ 139.00

other costs $ 134.85 Lifetime Fitness

other costs $ 300.00 Insurance personal vehicles