# MONTHLY BUSINESS OPERATING STATEMENT

Case No: 09-10774  Debtor(s) Name: J&L TRUCKING LLC  Date Prepared: 10/6/09

Receipts and Disbursement for Month Ended Sept. 2009

| | Amount for Month |
|---|---|
| **Gross Receipts:** | |
| 1 Gross Sales | $ 9,072.49 |
| 2 Less Cost of Goods Sold ... (Broker Fees) | $ 1799.76 |
| 3 Gross Profit from Sales (subtract line 2 from line 1) | $ 7272.73 |
| 4 Add Other Income ... Beginning Balance 9/01 | $ 2455.32 |
| 5 Gross Income (add lines 3 and 4) | (A) $ 9728.05 |
| | |
| **Business Costs and Expenses: (Do not list Chapter 13 Plan payment)** | |
| 6 Business Real Property Rent/Lease ... Tractor Storage | $ 45.00 |
| 7 Business Real Property Utilities | $ 399.00 |
| 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ |
| 9 Employee Benefits | $ |
| 10 Payroll Tax Deposits | $ |
| 11 Sales Tax Deposits | $ |
| 12 Other Tax Deposits | $ |
| 13 Auto Expense ... Diesel | $ 5575.25 |
| 14 Repair/Maintenance ... Parts | $ 1429.86 |
| 15 Insurance on Business (Fire, Theft, Liability, etc.) | $ 220.00 |
| 16 Workman's Compensation Insurance | $ |
| 17 Supplies (not included on line 2 above) ... Office | $ 41.67 |
| 18 Telephone/Internet ... Cell phones | $ 865.00 |
| 19 Advertising/Promotion ... Prepass/getLoaded | $ 61.00 |
| 20 Travel/Entertainment ... gas/food | $ 513.11 |
| 21 Professional Fees Paid (Attorney, Accountant, etc.) legal/payment plan/bank fees | $ 210.24 |
| 22 Other Costs/Expense Insurance personal veh/ChildSupport/Lifetime Fitness | $ 583.15 |
| 23 Total Business Costs and Expenses for Month | (B) $ 9453.28 |
| 24 Net Income (Loss) for Month (A minus B) | $ 274.77 |
| | |
| Total Funds On Hand/In Bank At End Of Month | $ |
| Total Inventory On Hand At End Of Month | $ |
| Total Accounts Receivable (Collectible) At End Of Month | $ |
| Total Accounts Payable At End Of Month | $ |

Under penalty of perjury, I (we) declare that the foregoing information is true and correct.

Signature: [signature]  Date: 10/6/09

Date: ___

Form B-6 (12/2004)

Instruction at Reverse Side

Gross $ 9,072.49

Broker Fees $ 1799.76

Tractor storage $ 45.00

Utilities $ 249.00 / Electricity   $ 0 / Water   $ 150.00 / Internet (cox)

Auto expense $ 0 / Tractor peterbilt   $ 5575.25 / Diesel   $ 0 / Registration

$ 0 / Permits   $ 1184.03 / parts/supplies   $ 245.83 / maintenance repairs

Insurance on peterbilt $ 230.00

Office Supplies $ 41.67

Cell phones $ 365.00

Advertising get loaded.com $ $45.00

Travel $ 318.68 / gas   $ 194.43 / Food

Professional Fees Paid $ 16.00 / PrePass   $ 15.24 / Legal programs   $ 175.00 / Payment plan

Bank Fees $ 20.00

Random Drug Screens $ 0    Med Bills $ 0

Child Support $ 200.00

Other Costs $ 134.85 / Lifetime Fitness

Other Costs $ 248.30 / Insurance personal vehicles