# MONTHLY BUSINESS OPERATING STATEMENT

Case No: 09-10774  Debtor(s) Name: J&L TRUCKING LLC  Date Prepared: 11/08/09

Receipts and Disbursement for Month Ended October 2009 [A]

| | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| [B] 1 Gross Sales | | $ 12134.36 |
| [C] 2 Less Cost of Goods Sold — Broker Fees | | $ 3050.93 |
| 3 Gross Profit from Sales (subtract line 2 from line 1) | | $ 9083.43 |
| 4 Add Other Income — Beginning Balance 10/01/09 | | $ 1283.13 |
| 5 Gross Income (add lines 3 and 4) | (A) | $ 10,366.56 |
| **Business Costs and Expenses:** (Do not list Chapter 13 Plan payment) | | |
| [D] 6 Business Real Property Rent/Lease — tractor Storage | | $ 45.00 |
| [E] 7 Business Real Property Utilities | | $ 495.00 |
| [F] 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | | $ |
| [G] 9 Employee Benefits | | $ |
| [H] 10 Payroll Tax Deposits | | $ |
| 11 Sales Tax Deposits | | $ |
| [I] 12 Other Tax Deposits | | $ |
| [J] 13 Auto Expense — Diesel | | $ 5,919.93 |
| 14 Repairs/Maintenance & parts | | $ 1211.71 |
| [K] 15 Insurance on Business (Fire, Theft, Liability, etc.) Peter Out | | $ 850.00 |
| 16 Workman's Compensation Insurance | | $ |
| 17 Supplies (not included on line 2 above) — office | | $ |
| 18 Telephone/Internet — cell phones | | $ 390.00 |
| 19 Advertising/Promotion — Prepress/gethirted | | $ 61.00 |
| [L] 20 Travel/Entertainment — gas/Food | | $ 538.12 |
| [M] 21 Professional Fees Paid (Attorney, Accountant, etc.) legal/Payment plan/Bank Fees | | $ 213.55 |
| 22 Other Costs/Expense — lifetime Fitness | | $ 134.85 |
| 23 Total Business Costs and Expenses for Month | (B) | $ 9859.16 |
| 24 Net Income (Loss) for Month (A minus B) | | $ 507.40 |

[N] Total Funds On Hand/In Bank At End Of Month ............ $ _____

[O] Total Inventory On Hand At End Of Month ............ $ _____

[P] Total Accounts Receivable (Collectible) At End Of Month ............ $ _____

[Q] Total Accounts Payable At End Of Month ............ $ _____

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _[signature]_   Date: 11/08/09

Date: _____

Form B-6 (12/2000)                                   Instruction on Reverse Side

# October 2009

Broker Fees $ 3050.93

Tractor Storage $ 45.00

Utilities

$ 250.00 Electricity    $ 100.00 Water    $ 145.00 Internet (cox)

Auto expense

$ 0 tractor Peterbilt    $ 5,919.93 Diesel    $ 0 Registration

$ 0 Permits    $ 364.65 parts/supplies    $ 647.06 maintenance repairs

Insurance on Peterbilt $ 850.00

Office Supplies $ 0

Cell phones $ 390.00

Advertising got loaded.com $ 45.00

Travel  $ 176.25 gas    $ 361.87 Food

Professional Fees paid  $ 16.00 PrePASS    $ 19.05 Legal programs    $ 175.00 Payment plan

Bank Fees $ 19.50

Random Drug Screens $ 0    Med Bills $ 0

Other costs $ 134.65 lifetime fitness

Other Costs $ _____