*JOSEPH W. CHARLES, P.C.*
*5704 West Palmaire Avenue*
*P.O. Box 1737*
*Glendale, Arizona 85311-1737*
*Phone: (623) 939-6546*
*Fax:    (623) 939-6718*
attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| | Case No. 2:09-bk-10774 |
| Cesar Velasquez and Guadalupe Velasquez | |
| | MOTION FOR MORATORIUM |
| Debtors. | |

COME NOW the Debtors, CESAR and GUADALUPE VELASQUEZ, by and through their attorney undersigned, and respectfully move this Court to enter an Order for a Moratorium of Debtors' Chapter 13 Payments.

The reason for this request is that the Debtor, CESAR VELASQUEZ, has lost his job and therefore has no income to pay the Chapter 13 payments.

Debtors request a moratorium for payments: December 2009, January 2010, and February 2010 with the Debtors payments resuming March, 2010 in hopes that Debtor finds new employment.

Based on the above, Debtors respectfully request that the Court grant their Motion for Moratorium of their Chapter 13 Plan payments for the months of December 2009 through February 2010.

RESPECTFULLY SUBMITTED this 17th day of December, 2009.

          JOSEPH W. CHARLES, P.C.

          By __/s/ Joseph W. Charles__
           JOSEPH W. CHARLES
           5704 West Palmaire Avenue
           Post Office Box 1737
           Glendale, Arizona 85311
           Attorney for Debtors

Copy of the foregoing Motion mailed this 17th day of December, 2009, to:

Edward J. Maney
PO BOX 10434
Phoenix AZ 85064
Chapter 13 Trustee

Office of the U.S. Trustee
230 N 1st Ave
Phoenix AZ 85003

all creditors on mailing matrix (see attached)

__/s/ Paulina Poniatowski__