# MONTHLY BUSINESS OPERATING STATEMENT

Case No: 09-10774  Debtor(s) Name: J&L TRUCKING LLC  Date Prepared: 9/3/09

Receipts and Disbursement for Month Ended August 2009

| | Amount for Month |
|---|---|
| **Gross Receipts:** | |
| 1 Gross Sales | $ 10754.66 |
| 2 Less Cost of Goods Sold ..... Broker Fees | $ 1858.71 |
| 3 Gross Profit from Sales (subtract line 2 from line 1) | $ 8895.95 |
| 4 Add Other Income | $ 0 |
| 5 Gross Income (add lines 3 and 4) ............ (A) | $ 8895.95 |
| **Business Costs and Expenses: (Do not list Chapter 13 Plan payment)** | |
| 6 Business Real Property Rent/Lease ... tractor trailer storage | $ 70.00 |
| 7 Business Real Property Utilities | $ 552.00 |
| 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ |
| 9 Employee Benefits | $ |
| 10 Payroll Tax Deposits | $ |
| 11 Sales Tax Deposits | $ |
| 12 Other Tax Deposits | $ |
| 13 Auto Expense ..... Diesel | $ 3698.12 |
| 14 Repairs/Maintenance | $ 570.14 |
| 15 Insurance on Business (Fire, Theft, Liability, etc.) | $ 830.00 |
| 16 ~~Workman's Compensation Insurance~~ ..... (Permit) | $ 125.60 |
| 17 Supplies (not included on line 2 above) | $ 54.42 |
| 18 Telephone/Internet | $ 399.65 |
| 19 Advertising/Promotion ..... Receipts attached | $ 61.00 |
| 20 Travel/Entertainment ..... gas/food | $ 567.45 |
| 21 Professional Fees Paid (Attorney, Accountant, etc.), Bank fees | $ 217.24 |
| 22 Other Costs/Expense ..... Insurance Personal Vehicles/ lifetime fitness | $ 434.85 |
| 23 Total Business Costs and Expenses for Month .......... (B) | $ 7600.47 |
| 24 Net Income (Loss) for Month (A minus B) | $ 1295.48 |
| Total Funds On Hand/In Bank At End Of Month | $ |
| Total Inventory On Hand At End Of Month | $ |
| Total Accounts Receivable (Collectible) At End Of Month | $ |
| Total Accounts Payable At End Of Month | $ |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: [signature]  Date: 9/3/09

Date:

Form B-6 (12/2000)  Instruction on Reverse Side

August 2009

Gross $ 10,774.66

Broker Fees $ 1858.71

Tractor Storage $ 90.00

Utilities
$ 247.00 Electricity  $ 145.00 Water  $ 160.00 Internet (cox)

Auto expense
$ 0 tractor peterbilt  $ 3698.12 Diesel  $ 0 Registration
$ 125.60 permits (FHA)  $ 570.14 parts/supplies  $ 0 maintenance repairs

Insurance on peterbilt $ 830.00

Office Supplies $ 54.42

Cell phones $ 349.45

Advertising got loaded.com $ 45.00

Travel $ 375.10 gas  $ 192.35 Food

Professional Fees paid $ 16.00 PrePASS  $ 15.24 Legal programs  $ 175.00 payment plan

Bank Fees $ 27.00

Random Drug Screens $ 0   med bills $ 139.00

Other costs $ 134.85 Lifetime Fitness

Other costs $ 300.00 Insurance personal