**LANE & NACH, P.C.**
2025 North Third Street, Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Michael P. Lane – 007435
Email: michael.lane@lane-nach.com
Allison M. Lauritson – 022185
Email: allison.lauritson@lane-nach.com

Attorneys for Robert A. MacKenzie, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re:<br><br>CESAR JOEL VELASQUEZ and GUADALUPE VELASQUEZ,<br><br>Debtors. | (Chapter 7 Case)<br><br>No. 2:09-bk-10774-RTB<br><br>**NOTICE TO CREDITORS AND PARTIES-IN-INTEREST OF PUBLIC AUCTION** |
|---|---|

TO: ALL CREDITORS AND PARTIES-IN-INTEREST:

NOTICE IS GIVEN that the Estate's interest in the below described property will be sold to the person making the highest and best offer at public sale by Robert A. MacKenzie, Trustee, through Cunningham & Associates, Inc., at 6502 N. 27th Avenue, Phoenix, AZ 85017 on July 21, 2010, at 10:00 A.M.

| Property to be Sold: | Estate's interest in the following property:<br>• **2004 Yukon XL ("Yukon")**<br>• **2000 Peterbilt Model 379 tractor ("Peterbilt")**<br>• **2000 Trailmobile trailer ("Trailer")** |
|---|---|
| Terms of Sale: | Prospective purchasers are encouraged to personally inspect/perform their own due diligence of the property being sold, as the property will be sold "AS IS" "WHERE IS", with no warranties or guarantees. $200 cash deposit (refundable) required. Final payment by cash or cashier's check. All sales are subject to sales tax unless the property being sold is tax-exempt or a resale number is used as proof of exemption. All sales are subject to Trustee's approval. |
| To View the Property or Obtain More information: | The property to be auctioned may be inspected the day prior to the sale date between the hours of 10:00 – 4:00 at the same |

| | |
|---|---|
| | location as the sale. For more information Cunningham & Associates at 602-233-3806 or cunninghamauction.com |
| Description of Interest(s) in the Property: | The following entities hold the following interest(s) in the property being sold. The liens will be paid from the sale proceeds:<br>• **Peterbilt** – FEDEX Employees Credit Association – balance due of $12,169.78<br>• **Yukon** – FEDEX Employees Credit Association – balance due of $4,634.23<br><br>Trustee is not aware of any other entities holding an interest in the **Trailer** being sold.<br><br>There has been no stay relief filed as to this property. |
| Appraisals: | The Trustee is not aware of any recent appraisals on the property being sold. |
| Compensation/Fees: | Cunningham & Associates, Inc., will be entitled to fees and costs, subject to further Order of the Court. Cunningham & Associates, Inc., is not an insider. |

Any person opposing same shall file a written objection on or before 21 days from the date of mailing of this Notice, with the Clerk of the Court, United States Bankruptcy Court, as follows: (a) by hand-delivery or by mail to 230 North First Avenue, Suite 101, Phoenix, Arizona 85003-1706; or (b) electronically at the Court's website: ecf.azb.uscourts.gov using the Court's electronic filing procedures. A copy of such objection shall be forthwith mailed to the attorney for the Trustee, Lane & Nach, P.C., 2025 North Third Street, Suite 157, Phoenix, AZ 85004. If a person timely objects in writing and a hearing is requested but has not yet been conducted by the Court as of the date of the scheduled auction, bids will be taken and the normal sales procedures followed. The closing of the sale remains dependent upon the outcome of the Court hearing regarding the objection. If there is no timely objection and request for hearing, no hearing will be held, and the Trustee will proceed to sell the property without further order of the Court.

DATED: June 23, 2010.

                                  **LANE & NACH, P.C.**

                              By   /s/ Allison M. Lauritson
                                   Michael P. Lane
                                   Allison M. Lauritson
                                   Attorneys for Trustee